UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KRIS K. BENNETT,

           Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,

           Defendants.

CASE NO. 3:21-cv-05153-JCC-JRC

ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT

    Before the Court is plaintiff's motion to amend the complaint. Dkt. 7. Plaintiff Kris K. Bennet, proceeding *pro se*, paid the filing fee and his complaint was filed on March 10, 2021. *See* Dkt. 3. Plaintiff may still amend his complaint as a matter of right. *See* Fed. R. Civ. P. 15(a)(1). However, plaintiff has not provided the Court with a proposed amended pleading in support of his motion. *See* Local Civil Rule 15 ("A party who moves for leave to amend a pleading, or who seeks to amend a pleading by stipulation and order, must attach a copy of the proposed amended pleading as an exhibit to the motion or stipulation."). Plaintiff seeks to supplement his prior complaint, but an amended pleading operates as a complete substitute for

the original complaint. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) (citing *Hal Roach Studios v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990)). "All causes of action alleged in an original complaint which are not alleged in an amended complaint are waived." *Marx v. Loral Corp.*, 87 F.3d 1049, 1055-56 (9th Cir. 1996) (quoting *King v. Atiyeh*, 814 F.2d 565 (9th Cir. 1987)).

In order to amend his complaint, plaintiff must file a complete amended complaint, and not a supplement. Plaintiff shall present the amended complaint on the form provided by the Court. The amended complaint must be legibly rewritten or retyped in its entirety, it should be an original and not a copy, it should contain the same case number, and it may not incorporate any part of the original complaint by reference. The amended complaint will act as a complete substitute for the original complaint and not as a supplement.

Therefore, plaintiff's motion to amend the complaint is denied without prejudice, meaning that plaintiff can file a new motion with a complete amended complaint as described above.

The Clerk is directed to send plaintiff this Order along with the appropriate forms for filing a 42 U.S.C. § 1983 civil rights complaint.

Dated this 19th day of July, 2021.

J. Richard Creatura
Chief United States Magistrate Judge